UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH RUIZ KIM,

Petitioner,

-v-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al.,

Respondents.

---

26-CV-7332 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court intimates no views on the merits of Petitioner's claims but concludes, given (among other things) the nature of those claims, that the case would benefit from *pro bono* counsel. Accordingly, the Clerk of Court is directed to seek *pro bono* counsel for Petitioner. *See Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986). The Court requests that the Petitioner respond promptly to any outreach by a volunteer lawyer seeking to discuss possible *pro bono* representation. **Petitioner should promptly advise the Court if she has an objection to the Court seeking *pro bono* representation.** Unless and until pro bono counsel enters a notice of appearance on behalf of Petitioner, she remains *pro se* and should be prepared to proceed with the case *pro se*. The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: September 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge